UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| **GOWMAN, KIMBERLY A.** | ) | Bankruptcy Case No. 14-83453 TML |
| | ) | Chapter 7 |
| | ) | |
| Debtor(s). | ) | |

### CERTIFICATE OF SERVICE

      The undersigned certifies that on June 16, 2017, I served by prepaid first class mail a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

GOWMAN, KIMBERLY A.
4408 JENNEL DRIVE
ROCKTON, IL 61072

ATTORNEY BRIAN HART
1410 N. MAIN ST.
ROCKFORD, IL 61103
*(Via ECF Electronic Transmission)*

Patrick Layng
219 S. Dearborn Street
Room 873
Chicago, IL 60604
*(Via ECF Electronic Transmission)*

Quantum3 Group LLC as agent for
Comenity Bank
PO Box 788
Kirkland, WA 98083-0788

Springleaf Financial Services
P.O. Box 3251
Evansville, IN 47731-3251

PYOD, LLC its successors and assigns as assignee
of Citibank, N.A.
Resurgent Capital Services,PO Box 19008
Greenville, SC 29602

PYOD, LLC its successors and assigns as assignee
of FNBM, LLC
Resurgent Capital Services,PO Box 19008
Greenville, SC 29602

United Consumer Financial Services
Bass & Associates, P.C.
3936 E. Ft. Lowell Suite 200
Tucson, AZ 85712

Portfolio Recovery Associates, LLC
Successor to U.S. BANK NATIONAL ASSOCIAT
POB 41067
Norfolk, VA 23541

Capital One, N.A.
c o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

Ehrmann Gehlbach Badger Lee & Considine, LLC
215 E. First Street
P.O. Box 447
Dixon, IL 61021


/s/ Debbie M. Harris

JAMES E. STEVENS, Trustee
6833 Stalter Drive
Rockford, IL 61108
Phone: (815) 962-6611
Fax: (815) 962-1758
jstevens@bslbv.com