# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: GOWMAN, KIMBERLY A.           § Case No. 14-83453
                                      §
                                      §
Debtor(s)                             §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

　　　　JAMES E. STEVENS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

　　　　1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

　　　　2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $139,591.00         Assets Exempt: $21,591.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $16,633.43    Claims Discharged
                                               Without Payment: $30,880.95

Total Expenses of Administration: $35,366.57

　　　　3)  Total gross receipts of $ 52,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $52,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 35,366.57 | 35,366.57 | 35,366.57 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 51,017.44 | 31,649.72 | 31,649.72 | 16,633.43 |
| **TOTAL DISBURSEMENTS** | $51,017.44 | $67,016.29 | $67,016.29 | $52,000.00 |

4) This case was originally filed under Chapter 7 on November 13, 2014. The case was pending for 35 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/19/2017          By: /s/JAMES E. STEVENS
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Rock River Land Developmt Adversary-real estate | 1241-000 | 52,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$52,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - JAMES E. STEVENS | 2100-000 | N/A | 5,850.00 | 5,850.00 | 5,850.00 |
| Clerk of the Court Costs (includes adversary and other filing fees) - U.S. | 2700-000 | N/A | 350.00 | 350.00 | 350.00 |
| Attorney for Trustee Expenses (Trustee Firm) - Barrick, Switzer, Long, Balsley & | 3120-000 | N/A | 498.90 | 498.90 | 498.90 |
| Other - Barrick, Switzer, Long, Balsley & Van Evera | 3210-000 | N/A | 12,805.00 | 12,805.00 | 12,805.00 |
| Other - Ehrmann Gehlbach Badger Lee & Considine, LLC | 3991-000 | N/A | 15,820.29 | 15,820.29 | 15,820.29 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 42.38 | 42.38 | 42.38 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$35,366.57** | **$35,366.57** | **$35,366.57** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Quantum3 Group LLC as agent for | 7100-000 | 627.65 | 544.65 | 544.65 | 289.29 |
| 2 | Springleaf Financial Services | 7100-000 | 6,570.25 | 4,895.98 | 4,895.98 | 2,600.48 |
| 3 | PYOD, LLC its successors and assigns as assignee | 7100-000 | 8,810.39 | 9,010.13 | 9,010.13 | 4,785.69 |
| 4 | PYOD, LLC its successors and assigns as assignee | 7100-000 | 653.78 | 670.22 | 670.22 | 355.98 |
| 5 | United Consumer Financial Services | 7100-000 | 4,424.00 | 3,406.97 | 3,406.97 | 1,809.60 |
| 6 | Portfolio Recovery Associates, LLC | 7100-000 | 13,685.91 | 12,788.18 | 12,788.18 | 6,792.39 |
| 7 | Capital One, N.A. | 7200-000 | 380.80 | 333.59 | 333.59 | 0.00 |
| NOTFILED | James C. Bursinger | 7100-000 | 669.05 | N/A | N/A | 0.00 |
| NOTFILED | NATIONAL ACCOUNT SYSTEMS OF MADISON | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Endodontic Specialists, S.C. | 7100-000 | 1,044.98 | N/A | N/A | 0.00 |
| NOTFILED | Barclayscard US | 7100-000 | 9,873.09 | N/A | N/A | 0.00 |
| NOTFILED | Chase Card Services*** | 7100-000 | 4,277.54 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$51,017.44** | **$31,649.72** | **$31,649.72** | **$16,633.43** |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-83453  
**Case Name:** GOWMAN, KIMBERLY A.  

**Period Ending:** 09/19/17

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 11/13/14 (f)  
**§341(a) Meeting Date:** 12/18/14  
**Claims Bar Date:** 03/25/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 4408 Jennel Drive, Rockton, IL<br>See Asset No. 13 - settlement of adversary to avoid and recover preferential and fraudulent transfer of the real estate. (See Footnote) | 125,000.00 | 110,000.00 | | 0.00 | FA |
| 2 | Cash | 50.00 | 0.00 | | 0.00 | FA |
| 3 | Checking account with First National Bank | 100.00 | 0.00 | | 0.00 | FA |
| 4 | Custodial savings account for grandchild | 50.00 | 0.00 | | 0.00 | FA |
| 5 | Misc. household goods and furnishings | 1,500.00 | 0.00 | | 0.00 | FA |
| 6 | Clothing | 500.00 | 0.00 | | 0.00 | FA |
| 7 | Misc. jewelry | 50.00 | 0.00 | | 0.00 | FA |
| 8 | Whole life policy Trivent | 890.00 | 0.00 | | 0.00 | FA |
| 9 | Term policy from employment | 1.00 | 0.00 | | 0.00 | FA |
| 10 | 401k | 1,400.00 | 0.00 | | 0.00 | FA |
| 11 | 2006 Pontiac G6 | 10,000.00 | 0.00 | | 0.00 | FA |
| 12 | 2 dogs | 50.00 | 0.00 | | 0.00 | FA |
| 13 | Rock River Land Developmt Adversary-real estate (u)<br>Adversary Case No. 16-96006; See Order Compromising Controversy entered April 5, 2017. | Unknown | 0.00 | | 52,000.00 | FA |
| 13 | **Assets** **Totals** (Excluding unknown values) | **$139,591.00** | **$110,000.00** | | **$52,000.00** | **$0.00** |

RE PROP# 1    Per title seach ordered 12/14, property in name of Kimberly A. Gowman name, alone (originally joint w/ husband but ex-husband quit claimed to debtor in 2001). Also a mortgage dated 12/1/2010 was recorded 7/11/2014 from debtor to Rock River Land Development. Seek to avoid mortgage.

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   December 31, 2015        **Current Projected Date Of Final Report (TFR):**   May 20, 2017  (Actual)

Printed: 09/19/2017 01:13 PM    V.13.30

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 14-83453  
**Case Name:** GOWMAN, KIMBERLY A.

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******6266 - Checking Account  
**Blanket Bond:** $4,396,000.00   (per case limit)  
**Separate Bond:** N/A

**Taxpayer ID #:** **-***6097  
**Period Ending:** 09/19/17

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/10/17 | {13} | James Athans and Georgia Athans | Settlement of Adversary Case No. 16-96006 | 1241-000 | 52,000.00 | | 52,000.00 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 42.38 | 51,957.62 |
| 07/10/17 | 101 | U.S. Bankruptcy Court | Dividend paid 100.00% on $350.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference: | 2700-000 | | 350.00 | 51,607.62 |
| 07/10/17 | 102 | JAMES E. STEVENS | Dividend paid 100.00% on $5,850.00, Trustee Compensation;  Reference: | 2100-000 | | 5,850.00 | 45,757.62 |
| 07/10/17 | 103 | Ehrmann Gehlbach Badger Lee & Considine, LLC | Dividend paid 100.00% on $15,820.29, Other Professional Fees;  Reference: | 3991-000 | | 15,820.29 | 29,937.33 |
| 07/10/17 | 104 | Quantum3 Group LLC as agent for | Dividend paid  53.11% on $544.65; Claim# 1; Filed: $544.65; Reference: VARIOUS | 7100-000 | | 289.29 | 29,648.04 |
| 07/10/17 | 105 | Springleaf Financial Services | Dividend paid  53.11% on $4,895.98; Claim# 2; Filed: $4,895.98; Reference: 36170022 | 7100-000 | | 2,600.48 | 27,047.56 |
| 07/10/17 | 106 | PYOD, LLC its successors and assigns as assignee | Dividend paid  53.11% on $9,010.13; Claim# 3; Filed: $9,010.13; Reference: 4101 | 7100-000 | | 4,785.69 | 22,261.87 |
| 07/10/17 | 107 | PYOD, LLC its successors and assigns as assignee | Dividend paid  53.11% on $670.22; Claim# 4; Filed: $670.22; Reference: 4447-9622-4672-0936 | 7100-000 | | 355.98 | 21,905.89 |
| 07/10/17 | 108 | United Consumer Financial Services | Dividend paid  53.11% on $3,406.97; Claim# 5; Filed: $3,406.97; Reference: | 7100-000 | | 1,809.60 | 20,096.29 |
| 07/10/17 | 109 | Portfolio Recovery Associates, LLC | Dividend paid  53.11% on $12,788.18; Claim# 6; Filed: $12,788.18; Reference: 4037-8400-1531-6449 | 7100-000 | | 6,792.39 | 13,303.90 |
| 07/10/17 | 110 | Barrick, Switzer, Long, Balsley & Van Evera | Combined Check for Claims#et_al. | | | 13,303.90 | 0.00 |
| | | | Dividend paid 100.00%       498.90 on $498.90;  Claim# ; Filed: $498.90 | 3120-000 | | | 0.00 |
| | | | Dividend paid 100.00%    12,805.00 on $12,805.00;  Claim# ; Filed: $12,805.00 | 3210-000 | | | 0.00 |

|  |  |  |
|---|---:|---:|
| ACCOUNT TOTALS | 52,000.00 | 52,000.00 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| Subtotal | 52,000.00 | 52,000.00 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $52,000.00 | $52,000.00 | |

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 14-83453  
**Case Name:** GOWMAN, KIMBERLY A.  
**Taxpayer ID #:** **-***6097  
**Period Ending:** 09/19/17

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******6266 - Checking Account  
**Blanket Bond:** $4,396,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******6266** | **52,000.00** | **52,000.00** | **0.00** |
| | $52,000.00 | $52,000.00 | $0.00 |

{} Asset reference(s)

Printed: 09/19/2017 01:13 PM    V.13.30